UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC and ELI WILNER<br><br>Plaintiffs,<br><br>v.<br><br>TITANZ LLC; BTM HOLDINGS, LLC; THE BETTER CHOICE LENDERS, LLC; and TEDDY ISHAK; THOMAS ISHAK; and IAN LERNER,<br><br>Defendants. | Civil Action No.: 1:23-cv-11084 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO DEFENDANTS, THE BETTER CHOICE LENDERS, LLC AND THOMAS ISHAK

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss only Defendants, The Better Choice Lenders, LLC and Thomas Ishak from this action without prejudice and without costs. This action shall continue as to all remaining Defendants.

Dated: January 19, 2024

**WHITE AND WILLIAMS LLP**

By: *[signature]*
Shane R. Heskin
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA 19103
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs Eli Wilner & Co., Inc. and Eli Wilner*

32291475v.1