UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al., <br><br>     Plaintiffs, <br><br>  v. <br><br>TITANZ LLC, et al., <br><br>     Defendants. | 23 Civ. 11084 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued February 28, 2024, required Plaintiffs to serve that order on Defendant Teddy Ishak and file proof of service on the docket by March 1, 2024.  *See* ECF No. 37.  No such proof of service was filed.  It is hereby **ORDERED** that Plaintiffs shall file proof of service as soon as possible and no later than **March 6, 2024.**  Defendant Ishak may file the letter in response to the other Defendants' motion for a stay of proceedings by **March 8, 2024**.

  SO ORDERED.

Dated: March 5, 2024
   New York, New York

                     _____
                        DALE E. HO
                     United States District Judge