UNITED STATES DISTRICT COUR FOR THE
SOUHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC and ELI WILNER<br><br>      Plaintiffs,<br><br>v.<br><br>TITANZ LLC; BTM HOLDINGS, LLC;<br>TEDDY ISHAK and IAN LERNER,<br><br>      Defendants. | Civil Action No.: 1:23-cv-11084 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO DEFENDANTS TITANZ LLC, BTM HOLDINGS LLC AND IAN LERNER**

**PLEASE TAKE NOTICE** that Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that it is hereby stipulated and agreed by undersigned counsel for all parties that only Defendants Titanz LLC, BTM Holdings LLC and Ian Lerner are voluntarily dismissed from this action with prejudice and without costs.

Dated: March 14, 2024

| | |
|---|---|
| **THE LAW OFFICE OF**<br>**JACOB Z. WEINSTEIN PLLC**<br><br>BY: _____<br>Jacob Zev Weinstein<br>420 Central Avenue, Suite 301<br>Cedarhurst, New York 11516<br>(646) 450-3484<br>Jacob@WeinsteinLLP.com<br>*Attorney for Defendants Titanz LLC,*<br>*BTM Holdings LLC and Ian Lerner* | **WHITE AND WILLIAMS LLP**<br><br><br>By: _____<br>Shane R. Heskin<br>1650 Market Street, Suite 1800<br>One Liberty Place<br>Philadelphia, PA 19103<br>(215) 864-6329<br>heskins@whiteandwilliams.com<br>*Attorneys for Plaintiffs* |

So Ordered.

_____
Dale E. Ho
United States District Judge

Dated: March 15, 2024
New York, New York

-1-