UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELI WILNER & CO. INC., et al.,

                     Plaintiffs,

v.

TEDDY ISHAK,

                     Defendant.

23 Civ. 11084 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    An order issued April 4, 2024, adjourned an initial pretrial conference to May 15, 2024, at 4:00 P.M. EST to allow Defendant Teddy Ishak, the sole remaining Defendant in this case, to appear.  *See* ECF No. 53.  Defendant has not appeared.  On May 1, 2024, Plaintiffs moved for default judgment against Defendant.  *See* ECF No. 55.

    It is hereby **ORDERED** that Defendant shall file any opposition to Plaintiffs' motion for a default judgment by **May 8, 2024.**  If such an opposition is filed, Plaintiffs may file a reply by **May 10, 2024.**  If Defendant does not appear, the May 15 conference will serve as the default judgment hearing.  If Defendant does appear, the May 15 conference will serve as the initial pretrial conference.  The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 743 456 635, followed by the pound sign (#).

    It is further **ORDERED** that Plaintiffs shall serve this order on Defendant via Federal Express and file proof of service on the docket by **May 6, 2024.**

    SO ORDERED.

Dated: May 3, 2024
       New York, New York

                                            DALE E. HO
                                            United States District Judge