UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>TEDDY ISHAK,<br><br>       Defendant. | 23 Civ. 11084 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued April 4, 2024, scheduled a default judgment hearing, or alternatively an initial pretrial conference, for May 15, 2024.  *See* ECF No. 53.

  Due to an unforeseen conflict on the Court's calendar, it is hereby **ORDERED** that the default judgment conference scheduled for May 15, 2024, is **ADJOURNED** to **May 29, 2024, at 2:00 P.M. EST.**  The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 743 456 635, followed by the pound sign (#).

  It is further **ORDERED** that Plaintiffs shall serve this order on Defendant as soon as possible, in any way reasonably calculated to give actual notice to Defendant, and file proof of service on the docket by **May 15, 2024.**

  The Court thanks the parties for their flexibility.

  SO ORDERED.

Dated: May 15, 2024
    New York, New York

                         DALE E. HO
                        United States District Judge