UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al., <br><br>                                      Plaintiffs, <br><br>                 v. <br><br> TEDDY ISHAK, <br><br>                                       Defendant. | 23 Civ. 11084 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

      An order issued May 15, 2024, scheduled a default judgment hearing, or alternatively an initial pretrial conference, for May 29, 2024.  *See* ECF No. 73.  On May 28, 2024, Defendant Teddy Ishak spoke with the Court's Chambers on the phone.  He stated that he has been trying to find an attorney and requested further adjournment of the conference.

      It is hereby **ORDERED** that the default judgment hearing or alternatively initial pretrial conference scheduled for May 29, 2024, is **RESCHEDULED** to **June 12, 2024, at 2:30 P.M. EST.**  The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 743 456 635, followed by the pound sign (#).

      The Court thanks the parties for their flexibility.

      SO ORDERED.

Dated: May 28, 2024
       New York, New York

                                                                  DALE E. HO
                                                   United States District Judge