UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al., <br><br>      Plaintiffs, <br><br>   v. <br><br>TEDDY ISHAK, <br><br>      Defendant. | 23 Civ. 11084 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued May 29, 2024, scheduled a default judgment conference for June 12, 2024. On June 11, 2024, Chambers received a telephone call from Defendant Teddy Ishak, who stated that he had a conflict with the June 12 conference due to a religious holiday.

  It is hereby **ORDERED** that the default judgment conference scheduled for June 12, 2024, is **ADJOURNED** to **June 14, 2024, at 11:00 A.M. EST.** The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 743 456 635, followed by the pound sign (#).

  SO ORDERED.

Dated: June 11, 2024
   New York, New York

                    DALE E. HO
                   United States District Judge