UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>TEDDY ISHAK,<br><br>       Defendant. | 23 Civ. 11084 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  A conference was held in this matter on June 14, 2024. For the reasons discussed at the conference it is hereby **ORDERED** that Defendant Teddy Ishak shall file a response to Plaintiffs' motion for a default judgment by **August 14, 2024**, whether through counsel or *pro se*. The parties shall appear for a further status conference on **August 21, 2024**, at **2:00 P.M. EST**. The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 417 535 000, followed by the pound sign (#).

  It is further **ORDERED** that Plaintiffs shall serve this order on Defendant Ishak via any means reasonably calculated to give him notice and file proof of service on the docket by **June 17, 2024**.

  SO ORDERED.

Dated: June 14, 2024
   New York, New York

                           DALE E. HO
                       United States District Judge