UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al.,<br><br>                                Plaintiffs,<br><br>                 v.<br><br>TEDDY ISHAK,<br><br>                                Defendant. | 23 Civ. 11084 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      On May 1, 2024, Plaintiff filed a motion for a default judgment.  *See* ECF No. 55.  An order issued June 14, 2024, directed Defendant Teddy Ishak, the sole remaining Defendant in this action, to file an answer, whether through counsel or *pro se*, by August 14, 2024.  *See* ECF No. 78.  That order also scheduled a conference for August 21, 2024.  *See id.*  On August 14, 2024, Defendant filed an answer and a notice of appearance on his own behalf, indicating that he elects to proceed *pro se*.  *See* ECF Nos. 80, 81.

      It is hereby **ORDERED** that Plaintiff's motion for a default judgment is **DENIED** as moot, in light of Defendant's answer, without prejudice to renewal.  The conference scheduled for August 21, 2024, is **ADJOURNED** to **September 4, 2024, at 3:00 P.M.**  This conference will serve as the initial pre-trial conference in this matter.  The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 417 535 000, followed by the pound sign (#).  The parties shall meet and confer regarding a discovery schedule.  The parties shall file the joint status letter and proposed case management plan described in the order issued January 3, 2024, by **August 28, 2024.**

      The Clerk of Court is respectfully directed to close the motion at ECF No. 55.

      SO ORDERED.

Dated: August 15, 2024

New York, New York

                                                                       DALE E. HO  
                                                United States District Judge