UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al,<br><br>       Plaintiffs,<br><br>    v.<br><br>TEDDY ISHAK,<br><br>       Defendant. | 23-CV-11084 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 15, 2024, the Court ordered the parties to file a joint status letter by August 28, 2024, in advance of the case management conference scheduled to take place on September 4, 2024. *See* ECF No. 82. The parties' deadline has passed, and the Court is not in receipt of any submission.

Accordingly, it is hereby **ORDERED** that the joint status letter shall be due by **September 4, 2024**. The letter shall comply with the Court's Order at ECF No. 82. The post-discovery conference is **ADJOURNED** to **September 11, 2024, at 12:30 p.m. (E.T.)**. The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 417 535 000, followed by the pound sign (#).

The parties are on notice that continued failure to comply with the Court's Orders may result in sanctions. Plaintiff is on notice that failure to prosecute may result in dismissal of his case.

SO ORDERED.

Dated: August 29, 2024
       New York, New York

                                                     DALE E. HO
                                      United States District Judge