UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC., et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>THOMAS A/K/A "TEDDY" ISHAK.,<br><br>                Defendant. | 23 Civ. 11084 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **September 4, 2024**, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **September 11, 2024, at 12:30 p.m. (EST)**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**. If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                                            DALE E. HO
                                                    United States District Judge