UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eli Wilner & Co. Inc. et al., <br><br>                              Plaintiffs, <br><br>       v. <br><br> Teddy Ishak, <br><br>                              Defendant. | 23-CV-11084 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

      On September 4, 2024, the parties submitted a joint letter and proposed case management plan. *See* ECF Nos. 84 & 85. On September 5, 2024, the Court Ordered a Civil Case Management Plan and Scheduling Order, which scheduled a post-discovery conference for February 26, 2025, at 10:30 A.M. *See* ECF No. 87. Because Defendant Ishak has not consented to receiving ECF notifications, he apparently had no knowledge of the February 26 conference.

      It is hereby ORDERED that the conference scheduled for February 16, 2025, is ADJOURNED to **March 5, 2025, at 10:30 am**. The parties shall join the conference by dialing (646) 453 - 4442 and entering conference ID 900 812 630 followed by the pound sign (#). Plaintiff is directed to serve a copy of this Order on Defendant proceeding *pro se* via email, and file proof of service on ECF.

      SO ORDERED.

Dated: February 26, 2025
       New York, New York

                                                      DALE E. HO
                                                  United States District Judge