**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELI WILNER & CO., INC. ET AL,

|                              | |                              |
|------------------------------|-|------------------------------|
| Plaintiffs,                  | | **ORDER** |
|                              | | **23-CV-11084 (DEH) (JW)** |
| -against-                    | |                              |
| TITANZ LLC ET AL.,           | |                              |
| Defendant.                   | |                              |

----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Defendant's request to adjourn the settlement conference currently scheduled for June 30, 2025. The request is **GRANTED**. The Court orders the following:

1. The settlement conference will be held at 10:00 AM on August 27, 2025 in Courtroom 228 of 40 Foley Square, New York, New York 10007.

2. A pre-settlement conference will be held at 10:30 AM on August 20, 2025 remotely over telephone. Please dial +1 646-453-4442 and use code 565450159#.

3. The parties are prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement. These letters must be submitted seven days prior to the date of the pre-conference call. See § 3 of the Standing Order, ("no later than seven days before the pre-conference telephone call, counsel for each Party must send the Court by email a letter, marked "Confidential Material for Use Only at Settlement Conference," which

1

should not be sent to the other parties. The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov. This ex parte letter must not exceed three pages…. The letter should include, at a minimum, the following: (a) the history of settlement negotiations, if any, including any prior offers or demands; (b) your evaluation of the settlement value of the case and the rationale for it; (c) any case law authority in support of your settlement position; and (d) any other facts that would be helpful to the Court in preparation for the conference.")

4.  Plaintiff shall provide a copy of this Order to pro se defendant Teddy Ishak.

5.  The Clerk of Court is respectfully requested to mail a copy of this order to pro se defendant Teddy Ishak at the following address: 1768 East 2nd Street Brooklyn, NY 11223.

SO ORDERED.

DATED:    New York, New York
          June 27, 2025

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge

2