UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELI WILNER & CO., INC. ET AL,

                        Plaintiffs,                    **ORDER**

                                                     **23-CV-11084 (DEH) (JW)**

    -against-

TITANZ LLC ET AL.,

                      Defendant.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      A pre-settlement conference was held on August 20, 2025. All parties were present. Given the discussion, the Court finds that settlement is not possible at this time. The settlement conference scheduled for August 28, 2025 is adjourned *sine die*. The parties are directed to meet and confer and provide Judge Ho with a letter about next steps no later than September 19, 2025.

      The Clerk of Court is respectfully requested to mail a copy of this order to pro se defendant Teddy Ishak at the following address: 1768 East 2nd Street Brooklyn, NY 11223.

      SO ORDERED.

DATED:    New York, New York
             August 20, 2025

                                                    *Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge