UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILNER & CO. INC. et al, <br><br> Plaintiffs, <br><br> v. <br><br> TITANZ LLC et al., <br><br> Defendants. | 23-CV-11084 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On August 20, 2025, the parties appeared before Magistrate Judge Willis for a pre-settlement conference, at which Judge Willis found that settlement was not possible. *See* ECF No. 101. Judge Willis directed the parties to "meet and confer and provide [this Court] with a letter about next steps no later than September 19, 2025." *Id.* It is now September 26, 2025, and no such letter has been filed. It is hereby ORDERED that the parties shall file a joint letter proposing next steps in this litigation by October 10, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff proceeding *pro se* Teddy Ishak at the following address: 1768 East 2nd Street, Brooklyn, NY 11223.

SO ORDERED.

Dated: September 26, 2025
   New York, New York

_____
DALE E. HO
United States District Judge