UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eli Wilner & Co. Inc et al., | |
|                   Plaintiff(s), | 23-CV-11084 (DEH) |
| v. | |
| Titanz LLC et al., | **ORDER** |
|                   Defendant(s). | |

DALE E. HO, United States District Judge:

      Pursuant to the Court's September 26, 2025 Order, ECF No. 102, the parties were required to file a joint letter proposing next steps in this litigation by October 10, 2025. To date, the parties have not filed the letter as ordered. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 1, 2025**. The Court notes this is the second courtesy extension it has granted the parties; should the parties fail to file the joint letter by December 1, 2025, the case will be terminated for failure to prosecute.

      SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                                      DALE E. HO
                                                    United States District Judge