UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Wilner & Co. Inc. et al.,

                    Plaintiff(s),

              v.

Teddy Ishak,

                    Defendant(s).

23-CV-11084 (DEH)

ORDER

DALE E. HO, United States District Judge:

On January 5, 2026, Plaintiffs moved for default judgement, moved to strike Defendant's

Answer and to enter judgement/default as a sanction, and/or moved for summary judgment.  Under

Accordingly, Local Rule 6.1, Defendant has until **January 20, 2026** to oppose.

SO ORDERED.

Dated:  January 6, 2026
        New York, New York

_____
            DALE E. HO
    United States District Judge