UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eli Wilner & Co. Inc. et al., | |
| Plaintiff(s), | |
| v. | |
| Teddy Ishak, | |
| Defendant(s). | |

23-CV-11084 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Pursuant to the Court's January 6, 2026 Order, ECF No. 120, Defendant was required to file any opposition to Plaintiffs' motion for default judgment, motion to strike Answer, and motion to enter default judgment by no later than January 20, 2026. To date, Defendant has not filed any opposition. As a courtesy, and given Defendant's pro se status, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 20, 2026**. Defendant is warned that failure to respond will result in the Court treating the motions as fully briefed. The Clerk of Court is respectfully directed to mail a copy of this Order to Teddy Ishak at 1768 East 2nd Street, Brooklyn, NY 11223.

SO ORDERED.

Dated: February 3, 2026
New York, New York

DALE E. HO
United States District Judge