UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eli Wilner & Co. Inc. et al., | |
| Plaintiff(s), | |
| v. | |
| Titanz LLC et al., | |
| Defendant(s). | |

23-CV-11084 (DEH)

ORDER

DALE E. HO, United States District Judge:

On February 3, 2026, this Court issued an Order, ECF No. 121, requiring the only remaining defendant in this matter, Teddy Ishak, to file any opposition to Plaintiffs' motion for default judgement, ECF No. 106, motion to strike Defendant Ishak's Answer, ECF No. 111, and motion for summary judgment, ECF No. 112, by February 20, 2026.  This was the Court's second order directing Defendant Ishak to oppose, *see* ECF Nos. 120 & 121, and was ordered as a courtesy given Defendant's pro se status.  The Court's February 3, 2026 Order warned Defendant that a failure to respond would result in the Court treating the motions as fully briefed.

To date, Defendant has not filed any opposition to Plaintiffs' various motions.  As a result, the Court treats the motions as fully briefed.  On **July 8, 2026**, at **12:30 P.M.** Defendant shall appear and show cause before this Court why an order should not be issued granting a default judgment against Defendant.  Unless and until the Court orders otherwise, the conference will be held remotely via Microsoft Teams.  The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 895 148 34, followed by the pound (#) key.  No later than Thursday the week prior to the conference date, Plaintiffs must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

Plaintiffs shall serve this Order on Defendant Ishak, and shall file proof of service on the docket, by **June 26, 2026**.

SO ORDERED.

Dated:  June 25, 2026
        New York, New York

DALE E. HO
United States District Judge