UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Wilner & Co. Inc. et al.,

Plaintiff(s),

v.

Teddy Ishak, et al.,

Defendant(s).

23-CV-11084 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated on the record at the hearing held on July 8, 2026, Plaintiff's Motion to Strike Defendant's Answer, ECF No. 111, is **GRANTED** and Defendant's Answer, ECF No. 80, is **VACATED**. Plaintiff's Second Motion for Default Judgment, ECF No. 106, is **GRANTED**. The Order for Default Judgment will issue separately. Plaintiff's Motion for Summary Judgment, ECF No. 112, is **DENIED WITHOUT PREJUDICE** as **MOOT**. A referral for inquest on damages and attorneys' fees will follow. By **July 10, 2026**, Plaintiff shall serve Defendant Ishak with this Order and the Order for Default Judgment, and file proof of such service on the docket. The Clerk of Court is respectfully directed to terminate ECF Nos. 106, 111, and 112. The Clerk of Court is also respectfully directed to vacate ECF No. 80.

SO ORDERED.

Dated: July 8, 2026
New York, New York

DALE E. HO
United States District Judge